# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MICHAEL A. JAMES (#174134)

VERSUS

SID GAUTREAUX, ET AL.

CIVIL ACTION

23-114-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated May 10, 2023, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the plaintiff's claims against defendant Sid J. Gautreaux, III are dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. Further, the plaintiff's claims against Unknown United States DEA Agents are dismissed, without prejudice.

Signed in Baton Rouge, Louisiana, on this 20 day of June, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 5.